# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00227-CV

**Prudence Adams, Appellant**

**v.**

**Centex Freight Lines, LLC, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. D-1-GN-09-001629, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Prudence Adams has filed an unopposed motion to dismiss this appeal.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Appellant's Motion

Filed: May 16, 2014